UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNETTE PAPINEAU,<br>　　Plaintiff,<br>　　v.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>　　Defendant. | No. 2:22-cv-05580-SP<br><br>JUDGMENT |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: January 27, 2023

　　　　　　　　　　　　　　　　HON. SHERI PYM
　　　　　　　　　　　　　　　　United States Magistrate Judge